# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | | |
|---|---|---|
| ARTHUR DIAS, *et al.*, | ) | |
| Plaintiff(s), | ) | 2:09-cv-1482-RLH-GWF |
| vs. | ) | **O R D E R** |
| ROBERT SUCKOLL, SR. *et al.*, | ) | |
| Defendant(s). | ) | |

Before this Court is the Findings and Recommendations of United States Magistrate Judge (#29, filed September 13, 2010), entered by the Honorable George Foley Jr. regarding Plaintiff's failure to prosecute. Fed. R. Civ. P. 41(b). No objection was filed to Magistrate Judge Foley's Findings and Recommendations in accordance with Local Rule IB 3-2 of the Rules of Practice of the United States District Court for the District of Nevada.

The Court has conducted a *de novo* review of the record in this case in accordance with 28 U.S.C. §636(b)(1)(B) and (C) and Local Rule IB 3-2 and determines that the Findings and Recommendations of Magistrate Judge F should be accepted and adopted.

IT IS THEREFORE ORDERED that Magistrate Judge Foley's Findings and Recommendations (#29) is ACCEPTED and ADOPTED, and the case is dismissed for failure to prosecute.

Dated: December 2, 2010.

_____
**ROGER L. HUNT**
**Chief U.S. District Judge**